AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal ~~~ r Revocations

# United States District Court
## District of Maine

UNITED STATES OF AMERICA

V.

RONALD EVANS

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation of Supervised Release)

(For Offenses Committed On or After November 1, 1987)

Case Number 03-MC-13-B-S
Entered on Docket: 8-14-2003

Paul S. Brenner, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☒ Admitted guilt to violation of supervision condition(s) <u>preamble, special condition 1, preamble, preamble, standard condition 2, preamble, preamble, preamble</u> of the term of supervision.
☐ Was found in violation of supervision condition(s) _____ after denial of guilty which was accepted by the court.
☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) conditions.
☐ Violation charge(s) _____ are withdrawn by the Government.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Defendant committed a state crime with criminal sale of a controlled substance (in violation of standard condition preamble.) | March 22, 2001 |
| Two | Defendant failed to attend regularly scheduled group and individual sessions at the Create Drug Treatment Program (in violation of special condition 1). | June 1, 2001 |
| Three | Defendant used a controlled substance, cocaine (in violation of standard condition preamble.) | October 24, 2000; November 15, 2000; November 21, 2000; |
| Four | Defendant used a controlled substance, marijuana (in violation of standard condition preamble.) | December 29, 2000; January 18 and 29, 2001; February 2, 9, 14, 20, 2001; March 13, 2001; April 4 and 25, 2001; May 16 and 29, 2001; June 12 and 19, 2001; |
| Five | Defendant failed to report to the U.S. Probation Officer (in violation of standard condition 2.) | March 8, 14, 22, 2001; May 18, 22, 2001; June 1, 6, 2001; July 2, 2001; |
| Six | Defendant committed a state crime with criminal possession of stolen property/grand larceny (in violation of standard condition preamble.) | August 6, 2001; |
| Seven | Defendant committed a state crime with reckless endangerment (in violation of standard condition preamble.) | August 6, 2001; |
| One(a) | Defendant committed a federal crime with possession with intent to distribute in excess of 5 grams of cocaine base (in violation of standard condition preamble.) | May 28, 2002; |

AO 245D (Rev. 3/01) Judgment in a Criminal Case for ns:

| | |
|---|---|
| DEFENDANT: RONALD EVANS | JUDGMENT PAGE 2 OF 3 |
| CASE NUMBER: 03-MC-13-B-S | |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: XXX-XX-3425

Defendant's Year of Birth: 1980

Defendant's USM No.: 04288-082

Defendant's Residence Address:
55 West 100th Street
Apartment 2-H
New York, NY 10025

Defendant's Mailing Address
Penobscot County Jail
85 Hammond Street
Bangor, Me 04401

August 13, 2003
Date of Imposition

/s/ George Z. Singal
Signature of Judicial Officer

George Z. Singal,
Chief United States District Judge
Name & Title of Judicial Officer

8/14/03
Date

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By Matt [signature]
Deputy Clerk

DEFENDANT: RONALD EVANS
CASE NUMBER: 03-MC-13-B-S AO 245D (Rev. 3/01)

JUDGMENT PAGE 3 OF 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>12 MONTHS.</u>

☒ The cost of incarceration fee is waived.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district,
  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment

_____
United States Marshal

By _____
Deputy Marshal