D/ME Prob. 22
(Rev 03/13)

**TRANSFER OF JURISDICTION**

U.S. DISTRICT COURT

| DOCKET NUMBER *(Trans. Court)* |
| PACTS# 2761 |
| 1:02CR00036 - 001 |

| DOCKET NUMBER *(Rec. Court)* |
| 5:19cr164  Judge John R. Adams |
| ~~Magistrate Judge Limbert~~ |

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ronald Evans<br><br>819 11th Street, Southeast<br>Massillion, Ohio 44646 | District of Maine | Bangor |
| | NAME OF SENTENCING JUDGE<br>Honorable Geroge Z. Singal | |
| | DATES OF PROBATION /<br>SUPERVISED RELEASE: | FROM<br>08/03/2018 | TO<br>8/3/2026 |

2019 FEB 11

OFFENSE:

Possession with Intent to Distribute In Excess of 5 Grams of Cocaine Base

**FILED**

3:57 pm Mar 19 2019

Clerk U.S. District Court
Northern District of Ohio
Akron

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MAINE**

     IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Ohio** upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-13-19
_____
Date

_____
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF OHIO**

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

3-20-19
_____
Effective Date

_____
United States District Judge