**MOTION DENIED.**

s/John R. Adams
**JOHN R. ADAMS**
**UNITED STATES DISTRICT JUDGE**
Date: 3/29/2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

RONALD EVANS,

*Defendant.*

Case No. 5:19-CR-164-JRA

FILED
FEB 17 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

## THIRD MOTION TO REDUCE SUPERVISED RELEASE TERM PURSUANT TO 18 U.S.C. §3583(e)(1)

NOW COMES RONALD EVANS, motioning this Court *pro se* to terminate the imposed term of supervised release, reducing my sentence of supervision to a "time already served" duration. This request is made pursuant to title 18 United States Code §3583(e) and Federal Rules of Criminal Procedure 32.1(c). Under the same rule of criminal procedure, no hearing is requested.

This motion should be granted for the following reasons: The sentencing in my case was found to be excessive by the President of the United States, which resulted in a commutation of the remainder of my sentence. However, my term of supervised release remained unchanged by this clemency.

My conduct over the last 42 months warrants early termination and the interests of justice are served by granting this request.